IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.     No. 4:24-CR-00141-02-JM

TONY ROBINSON

### ORDER

Defendant's Motion to Withdraw Guilty Plea (Doc. No. 88) is DENIED.

Pursuant to a plea agreement, Defendant pleaded guilty on July 1, 2025.[1] Defendant wants to withdraw his guilty plea because "[a]fter further consideration, [he] requests to exercise his Constitutional right to a jury trial."[2]

A Defendant may withdraw a guilty plea before sentencing if he can show "a fair and just reason for requesting the withdrawal."[3] However, "the mere fact that he later changed his mind is not among the fair and just reasons . . . for allowing a defendant to withdraw a plea."[4]

Defendant's plea was knowing and voluntary and was supported by a factual basis discussed on the record. Because Defendant has provided no fair and just reason to permit withdrawal, the request is denied.

IT IS SO ORDERED this 25th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 80, 81.

[2] Doc. No. 88.

[3] Fed. R. Crim. P. 11(d)(2)(B).

[4] *United States v. Gamble*, 327 F.3d 662, 665 (8th Cir. 2003).